IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DARRELL W. BUMPAS )
)
v. ) NO. 3:10-1055
)
CORRECTIONS CORPORATION OF )
AMERICA, et al. )

**O R D E R**

By Order entered November 15, 2010 (Docket Entry No. 3), the pro se plaintiff, an inmate of the Tennessee Department of Correction ("TDOC") confined at the Metro-Davidson County Detention Facility, was granted in forma pauperis status under 28 U.S.C. § 1915 after he filed an application to proceed in forma pauperis, a 15 page complaint naming at least twenty-five defendants, and approximately 80 pages of attachments. However, the Court directed that the plaintiff submit a short and plain statement setting forth with particularity the factual allegations supporting the claim(s) he is asserting against each defendant.

By Order entered January 19, 2011 (Docket Entry No. 21), the Court granted the plaintiff's motion to amend his complaint, reviewed the amended complaint (Docket Entry No. 25), and found that, while the plaintiff's assertions are often delusional in nature, the amended complaint contained claims which are not facially frivolous under 28 U.S.C. § 1915A. The Court directed the Clerk to send to the plaintiff blank service packets for the defendants and to issue process to the defendants upon the plaintiff's return of completed service packets. On February 3, 2011, the Clerk issued process to 45 defendants in this action. See Docket Entry No. 31.

Presently pending in the action are several motions filed by the plaintiff which are ruled on as follows.

The plaintiff's motion (Docket Entry No. 28) for a copy of the docket sheet in this action and a copy of his amended complaint is GRANTED. Additionally, to the extent that the plaintiff seeks a copy of the docket sheet in his motion to compel (Docket Entry No. 90), motion for leave of the court (Docket Entry No. 98), and motion to compel (Docket Entry No. 99), the motions are GRANTED.

The Clerk is directed to send to the plaintiff a copy of the current docket sheet and a copy of his amended complaint (Docket Entry No. 25).

To the extent that the plaintiff requests in his motion (Docket Entry No. 28) that an unspecified number of additional service packets be sent to him, this request is DENIED as moot as it appears that the Clerk sent additional service packets to the plaintiff on January 25, 2011, in response to the motion.

The plaintiff's motion (Docket Entry No. 29) requesting an extension of time to return the completed service packets is GRANTED nunc pro tunc. The plaintiff's return of the completed service packets shall be viewed as timely.

The plaintiff's motion to compel (Docket Entry No. 56), which seeks only to have a copy of the Local Rules of Court sent to him, is GRANTED. The Clerk is directed to send to the plaintiff a copy of the Local Rules of Court.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must

be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal.  See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge