IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


DARRELL W. BUMPAS )
)
v. ) NO. 3:10-1055
)
CORRECTIONS CORPORATION OF )
AMERICA, et al. )


**O R D E R**


By a contemporaneously entered Report and Recommendation, the Court has recommended

that all defendants and claims in this action be dismissed pursuant to 28 U.S.C §§ 1915(e)(2)(B)

except for limited claims against Corrections Corporation of America, Inc.

Accordingly, the following motions are DENIED as MOOT, with leave to be re-filed if the

Report and Recommendation is not adopted:

1. Motion to dismiss of Mark Fishburn (Docket Entry No. 91);

2. Motion to dismiss of Victor S. Johnson and Thomas Thurman (Docket Entry No. 101);

3. Motion to dismiss of Sarah Davis (Docket Entry No. 103);

4. Motion to dismiss of Joshua Brand (Docket Entry No. 105);

5. Motion to dismiss of Benjamin Russ (Docket Entry No. 107);

6. Motion for extension of time to respond of Canteen CCA Food Services Supply
Company (Docket Entry No. 120);

7. Motion for extension of time, for more definite statement, and to dismiss of Purity
Dairies, Inc. (Docket Entry No. 122); and

8. Motion to dismiss of J.D. Smith (Docket Entry No. 158).

The plaintiff's motions, Docket Entry Nos. 90, 98, 99, 134, and 196 are GRANTED to the extent that he requests a copy of the docket sheet in this action and a copy of his amended complaint. The Clerk is directed to mail a copy of the docket sheet and a copy of the amended complaint (Docket Entry No. 25) to the plaintiff.

The plaintiff's remaining motions, Docket Entry Nos. 47, 86, 118, 126, 127, 131, 132, 133, 135, 174, 194, 198, 200, 201, 217, and 241,[1] are DENIED AS MOOT in light of the Report and Recommendation.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.[2]

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] To the extent that the plaintiff seeks the status of his case, the motion is GRANTED. However, it is not clear from his motion that the status of the case is what he seeks.

[2] The filing of any motion to review or response thereto shall not violate the Order entered July 6, 2011 (Docket Entry No. 244)